**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

Prym Consumer USA Inc.,

Defendant.

Case No.: 1:26-cv-991

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: April 1, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**

By: Michael Ohrenberger, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (716) 281-5496
Email: mohrenberger@ealg.law